UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
ADELE J. VESSIA,

                Plaintiff,

  -against-                    **MEMORANDUM AND ORDER**
                                       Case No. 16-CV-2865-FB
KILOLO KIJAKAZI, Commissioner of
Social Security,

                Defendant.
--------------------------------------------------x

*Appearances:*
*For the Plaintiff:*                             *For the Defendant:*
CHARLES E. BINDER                 MARY M. DICKMAN
485 Madison Avenue, Suite 501      Assistant United States Attorney
New York, New York 10022           Eastern District of New York
                                                      610 Federal Plaza
                                                      Central Islip, New York 11722

**BLOCK, Senior District Judge:**

       The Court previously awarded plaintiff's counsel $17,985 in attorneys' fees, finding that a higher award would constitute a windfall. Plaintiff appealed.

       While the appealed was pending, the Second Circuit decided *Fields v. Kijakazi*, 24 F.4th 845 (2d Cir. 2022), which held that a high effective hourly rate, standing alone, does not constitute a windfall. *See id*. at 854. The parties stipulated to a remand for reconsideration in light of *Fields*.

       Having considered the appropriate factors—(1) the ability and expertise of the

1

attorney(s); (2) the nature and length of the relationship counsel had with the claimant; (3) the claimant's satisfaction with the services provided by counsel; and (4) the uncertainty of an award of benefits, *see id.* at 854-856—without regard to the resulting effective hourly rate, the Court finds that an award of 25% of plaintiff's past benefits would not constitute a windfall.

Accordingly, the Commissioner is ordered to disburse to plaintiff's counsel the $30,427.38 currently withheld from plaintiff's past benefits. Upon receipt, plaintiff's counsel shall remit to plaintiff the $4,387.72 previously awarded pursuant to the Equal Access to Justice Act.

**SO ORDERED.**

  /S/ Frederic Block_____
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
November 14, 2022